# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   15-cv-02252-WJM-MJW                FTR - Courtroom A-502

**Date:**   January 12, 2016                              Courtroom Deputy, Ellen E. Miller

<u>Parties</u>                                            <u>Counsel</u>

WILLIAM WOLFE,                                            Raymond K. Bryant

    Plaintiff(s),

v.

JEFFERSON COUNTY, COLORADO,                               Writer Mott
                                                          Rachel Jane M. Bender
    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   9:57 a.m.
Court calls case.  Appearances of counsel.

In light of the Amended Complaint filed by Plaintiff [Docket No. 19] on January 11, 2016, Defendant makes an Oral Motion to Withdraw its Motion to Dismiss [Docket No. 17, filed January 04, 2016] which was based on the original Complaint [Docket No. 1] filed October 10, 2015.   With no objections by Plaintiff,

**It is ORDERED:**       Defendant's ORAL MOTION TO WITHDRAW MOTION TO DISMISS is GRANTED with leave to file a new Motion to Dismiss based upon the Amended Complaint [Docket No. 19, filed January 11, 2016].
Defendant's MOTION TO DISMISS [Docket No. **17**, filed January 04, 2016] is **WITHDRAWN.**

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Joinder of Parties/Amendment to Pleadings:   **FEBRUARY 26, 2016**

Discovery Cut-off:   **JULY 12, 2016**

Dispositive Motions Deadline:   **AUGUST 15, 2016**

Each side shall be limited to one (1) expert witness, without further leave of Court.
Parties shall designate expert(s) **on or before MAY 06, 2016**

Parties shall designate rebuttal expert(s)   **on or before   JUNE 06, 2016**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before   **JUNE 09, 2016.**
Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25)  Requests for Production,   and   twenty-five (25)  Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) depositions.  Each deposition shall be limited  to  one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed **no later than  JULY 12, 2016**.
Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff Exhibits  or Defendant Exhibits.  Parties shall not use any duplicative exhibits.

**FINAL PRETRIAL CONFERENCE** set for     **OCTOBER 18, 2016  at  9:30 a.m.**
 in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
The proposed final pretrial order shall be filed on or before   **OCTOBER 11, 2016**
In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**
The parties anticipate a three (3) day trial to a jury.
Judge William J. Martinez  will set a Trial Preparation Conference and Trial at a future date.

● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

**[X]**   Scheduling Order is signed and entered  with interlineations   **JANUARY 12, 2016**

Hearing concluded.

**Court in recess:**   10:10 a.m.
Total in-court time: 00:13

To order a transcript of this proceedings, contact Stevens-Koenig Reporting (303) 988-8470